In the Matter of the Judicial Settlement of the Account of
DONALD GRANT, as Administrator of KATE GRANT, Deceased,
who was the General Guardian of HARRY C. VAN ZANDT,
an Infant.

DONALD GRANT, as Administrator, Appellant; MARY A. VAN
ZANDT, General Guardian of HARRY C. VAN ZANDT,
Respondent.

*Matter of Grant,* 56 App. Div. 176, affirmed.
(Argued April 16, 1901; decided April 26, 1901.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the first judicial department, made December 21, 1900, affirming a decree of the Surrogate's Court of
the county of New York judicially settling the account of
Donald Grant, as administrator of Kate Grant, deceased.

*Edward W. S. Johnston* for appellant.

*Melvin G. Palliser* and *Hector M. Hitchings* for
respondent.

Order affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, MARTIN,
VANN, LANDON and CULLEN, JJ.